```
 1  HAROLD M. BRODY (SBN 084927)
    hbrody@proskauer.com
 2  SAMUEL G. CLEAVER (SBN 245717)
    scleaver@proskauer.com
 3  JULIA BRODSKY (SBN 266177)
    jbrodsky@proskauer.com
    PROSKAUER ROSE LLP
 4  2049 Century Park East, 32nd Floor
    Los Angeles, CA 90067-3206
 5  Telephone: (310) 557-2900
    Facsimile: (310) 557-2193
 6
    Attorneys for Defendant,
 7  SPRINT/UNITED MANAGEMENT
    COMPANY, INC., erroneously sued as
 8  SPRINT NEXTEL CORP.
```



FILED
FEB 1 3 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KIM SNOWDEN,<br><br>     Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, AND DOES 1-20,<br><br>     Defendants. | Case No. **C13-0653**<br><br>(Alameda County Superior Court Case No. RG12650432)<br><br>**NOTICE OF RELATED CASES**<br><br>[NORTHERN DIST. CIVIL L.R. 3-12]<br><br>*Filed concurrently with Notice of Removal of Civil Action; Declaration of Harold M. Brody in Support of Notice of Removal; Declaration of Stefan K. Schnopp in Support of Notice of Removal; Civil Cover Sheet; Certificate of Interested Entities or Persons*<br><br>Action Filed: October 3, 2012 |

NOTICE OF RELATED CASES

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 3-12, that Defendant Sprint/United Management Company, Inc., initially erroneously sued herein as Sprint Nextel Corporation, is unaware of any action previously filed or currently pending in the Northern District which is related to the above-captioned case.

Dated: February 13, 2013

PROSKAUER ROSE LLP
HAROLD M. BRODY
SAMUEL G. CLEAVER
JULIA BRODSKY

By _____
Julia Brodsky

Attorneys for Defendant
SPRINT/UNITED MANAGEMENT COMPANY, INC.

3027/66816-067 current/33627272v1  NOTICE OF RELATED CASES

1