IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KIM SNOWDEN,

        Plaintiff,
  v.

SPRINT NEXTEL CORPORATION and DOES 1-20,

        Defendants.
_____/

No. C 13-00653 RS

**CASE MANAGEMENT SCHEDULING ORDER**

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on June 27, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.    ALTERNATIVE DISPUTE RESOLUTION.

      PRIVATE MEDIATION.  The parties have agreed to participate in private mediation at the appropriate time.

      2.    DISCOVERY.  On or before January 31, 2014, all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

CASE MANAGEMENT SCHEDULING ORDER

1  subparts; (c) a reasonable number of requests for production of documents or for inspection per
2  party; and (d) a reasonable number of requests for admission per party.

3       3.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate
4  Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not
5  more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The
6  joint letter must be electronically filed under the Civil Events category of "Motions and Related
7  Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter
8  is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge
9  may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After
10 a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
11 Judge's procedures.

12      4.    EXPERT WITNESSES. The disclosure and discovery of expert witnesses shall
13 proceed as follows:

14     A. On or before April 25, 2014, parties will designate experts in accordance with Federal
15 Rule of Civil Procedure 26(a)(2).

16     B. On or before June 20, 2014, all discovery of expert witnesses pursuant to Federal
17 Rule of Civil Procedure 26(b)(4) shall be completed.

18      5.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case
19 Management Conference shall be held on **February 13, 2014 at 10:00 a.m.** in Courtroom 3,
20 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The
21 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

22      6.    DISPOSITIVE MOTIONS. All dispositive pretrial motions must be filed and
23 served pursuant to Civil Local Rule 7. All dispositive motions shall be heard no later than **June
24 15, 2014**.

25      7.    PRETRIAL CONFERENCE. The final pretrial conference will be held on
26 **August 14, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

27
28

CASE MANAGEMENT SCHEDULING ORDER

Case 3:13-cv-00653-JD   Document 21   Filed 06/27/13   Page 3 of 3

Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

       8.     TRIAL DATE.  A jury trial shall commence on **August 25, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   6/27/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3