1  CHRISTOPHER J. KELLER (SBN 178491)
   JOSEPH C. WILSON (SBN 249027)
2  **CURIALE WILSON LLP**
   One Maritime Plaza, Suite 1000
3  San Francisco, CA 94111
   Tel:  (415) 908-1001
4  Fax:  (415) 796-0875
   ckeller@curialewilson.com
5  jwilson@curialewilson.com

6  Attorneys for Plaintiff KIM SNOWDEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KIM SNOWDEN, | Case Number: C 13-00653 RS |
|---|---|
| Plaintiff, | ORDER<br>**STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE** |
| v. | |
| SPRINT NEXTEL CORPORATION, AND DOES 1-20, | **Before the Hon. Richard Seeborg** |
| Defendants. | **Trial Date: August 25, 2014** |

1  Whereas, the deadline for non-expert discovery to be completed is currently set for January
2  31, 2014.
3  Whereas, the parties have met and conferred and wish to extend the deadline for
4  non-expert discovery to be completed.
5  THE PARTIES HEREBY STIPULATE THAT the deadline for non-expert discovery will
6  be extended to March 31, 2014.  No other deadlines shall be effected by this stipulation.

Dated: December 12, 2013                                    CURIALE WILSON LLP

                                                            */s/ Joseph C. Wilson*
                                                            JOSEPH C. WILSON
                                                            Attorneys for Plaintiff Kim Snowden

Dated: December 12, 2013                                    PROSKAUER ROSE LLP

                                                            */s/ Harold M. Brody*
                                                            HAROLD M. BRODY
                                                            Attorneys for Defendant
                                                            Sprint/United Management Co., Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December  16 , 2013

_____
Hon. Richard Seeborg
United States District Court Judge